# EXHIBIT A

# EXHIBIT A

Charles P. Franklin (State Bar Number: 011209) chuck@chuckfranklin.com
Colby R. Kanouse (State Bar Number: 024601) colby@chuckfranklin.com
FRANKLIN & ASSOCIATES, P.A.
1920 E. University Drive, Suite 102
Tempe, Arizona 85281
Telephone: (480) 551-0406
Facsimile: (480) 551-0407
Attorney for Plaintiff

COPY

DEC 1 5 2010

MICHAEL K. JEANES, CLERK
J. FOLTS
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BOBBY BARBEE and LINDA BARBEE, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation; JOHN DOES I – X; JANE DOES I – X; BLACK CORPORATIONS I – V; WHITE PARTNERSHIPS I - V,<br><br>Defendants. | Case Number:<br><br>CV2010-081742<br><br>**COMPLAINT**<br><br>(Breach of Contract / Bad Faith)<br><br>(Jury Trial Demanded) |

Plaintiffs, BOBBY BARBEE and LINDA BARBEE, by and through undersigned counsel, as and for their complaints against Defendant ZURICH AMERICAN INSURANCE COMPANY, allege as follows:

**PARTIES, JURISDICTION AND VENUE:**

1. Plaintiffs BOBBY BARBEE and LINDA BARBEE are a married couple residing in the County of Maricopa, State of Arizona. At all times material hereto Plaintiff BOBBY BARBEE was the named insured under the ZURICH AMERICAN INSURANCE COMPANY accident / disability policy known as GTU4848418.

1

2. Upon information and belief, Defendant ZURICH AMERICAN INSURANCE COMPANY (hereinafter "ZURICH") is a foreign corporation conducting business in the County of Maricopa, State of Arizona. Such Defendant was at all times material hereto engaged in the selling and providing of insurance services to citizens of the State of Arizona, in the County of Maricopa. Such Defendant acted for the purposes of the allegations herein through its authorized agents in Arizona, whose names are presently unknown to Plaintiffs.

3. The true names and identities of the fictitious defendants are presently unknown to Plaintiffs. Such entities are partnerships, corporations, individuals or others who assisted or sold, secured or provided information concerning Plaintiff's insurance, or who otherwise caused or participated in causing the events out of which this lawsuit arises to occur. Such entities are named as fictitious defendants herein pursuant to the Arizona Rules of Civil Procedure, Rule 10(f). At such time as the true names or identities of such defendants are ascertained by Plaintiffs, they will seek leave of the Court to amend this Complaint to state the true names of the fictitious defendants.

4. Defendant ZURICH acted or failed to act through its servants, employees, agents, or ostensible agents, or partners or principals, whose acts were done within the scope of their actual, apparent, or ostensible employment or agency or authority, and, therefore, Defendant is liable under the doctrine of respondeat superior and / or vicarious liability for the acts of its agents, servants, employees, ostensible agents, partners and / or principals.

5. All events out of which these claims arise occurred in the County of Maricopa, State of Arizona.

6. The amount in controversy exceeds the minimum jurisdictional limit for this Court.

## GENERAL ALLEGATIONS:

7. Plaintiff is a former employee of Brinks, where he worked as the driver of an armored car.

8. As part of his employment, Defendant was offered an insurance policy provided by Defendant ZURICH.

9. Defendant purchased the insurance policy offered by ZURICH, which is known as GTU 4848418 (hereinafter "the policy").

10. The policy purchased by Plaintiff provided him with permanent disability insurance, pursuant to the terms of which Defendant ZURICH would pay Plaintiff the principle sum of $500,000.00, less any plan benefits already paid, in the event he was injured in a covered accident, and the injuries resulted in permanent and total disability as defined in the policy.

11. Under the terms of the policy, a person qualifies for the permanent and total disability benefit if they are: (1) permanently and totally disabled within 365 days of a covered accident; (2) have been disabled for 12 continuous months; and (3) are unable to work for any income at any job for which they are reasonably suited by education, training and experience.

12. The policy was in effect on August 25, 2009.

13. On August 25, 2009, Plaintiff BOBBY BARBEE was operating a Pontiac sedan in the HOV lane located on the far left side of westbound Interstate 10 in Phoenix, Arizona.

14. At the same time as that mentioned above, April Lyn Beardslee was operating her vehicle in the adjacent lane. Ms. Beardslee failed to control her vehicle and as a result slammed into Plaintiff's vehicle at approximately 65 m.p.h.

15. Mr. Barbee sustained serious injuries in the accident of August 25, 2010, and as a result has become permanently and totally disabled as defined in the policy.

16. The accident of August 25, 2009, was a "covered" accident under the terms of the policy.

17. Plaintiff submitted his claim for permanent and total disability to Defendant ZURICH.

18. To date Defendant ZURICH has not provided any answer regarding coverage, and has not paid benefits as required by the policy.

19. Defendant ZURICH has failed to provide Plaintiff with a full copy of the policy.

20. Defendant ZURICH has failed to recognize the applicable policy limit of $500,000.00 pursuant to the terms of the policy.

### COUNT I: BREACH OF CONTRACT:

21. Plaintiff repeats and re-alleges each of the foregoing allegations as contained herein. In addition, he alleges as follows:

22. Defendant ZURICH agreed pursuant to the terms of the policy to pay the principle sum of $500,000.00, less any other benefits previously provided for the accident of August 25, 2009, in the event Plaintiff became totally and permanently disabled as defined in the policy.

23. Plaintiff BOBBY BARBEE was involved in a "covered" accident on August 25, 2009.

24. As a direct and proximate result of the accident of August 25, 2009, Plaintiff BOBBY BARBEE has become permanently and totally disabled as defined in the policy.

25. Despite Plaintiff BOBBY BARBEE's permanent and total disability, Defendant ZURICH has failed to pay the principle sum of $500,000.00, less any benefits previously paid as a result of the accident of August 25, 2009, as agreed in the policy.

26. Defendant ZURICH is in breach of the contract provisions contained in the policy.

## COUNT II: BAD FAITH

27. Plaintiff hereby repeats and re-alleges each of the foregoing allegations as contained herein. In addition, Plaintiff alleges as follows: :

28. Plaintiff BOBBY BARBEE alleges that his claim was handled unreasonably by Defendant ZURICH. Further, Plaintiff was unreasonably forced to hire a lawyer, and was compelled to commence litigation to receive full compensation under the insurance contract. This list is not intended to be exhaustive but is intended to place Defendant on notice of some of its alleged unreasonable conduct for purposes of "notice pleading."

29. Plaintiff BOBBY BARBEE alleges that Defendant ZURICH breached its contractual and other obligations to investigate and adjust Plaintiff's claim in a reasonable manner, and / or promptly pay Plaintiff his covered damages, and / or failed to perform an investigation or evaluation of Plaintiff's claim to determine whether its actions were supported by a reasonable basis, and / or breached the duty to give equal consideration, and / or breached the implied covenant of good faith and fair dealing owed to Plaintiff, and are thereby liable in tort for bad faith.

30. As a direct and proximate result of the aforementioned wrongful conduct of Defendant ZURICH, Plaintiff has incurred substantial special and general damages and is, upon information and belief, still owed payment under the terms of the policy.

31. Further and in the alternative, Defendants' conduct described herein was done with the intent to harm Plaintiff, or was of such nature and quality that under Arizona law there should be an assessment of punitive damages in an amount appropriate to punish Defendants.

WHEREFORE Plaintiffs BOBBY BARBEE and LINDA BARBEE pray for and demand judgment against the Defendants, as follows:

1. For contract damages as alleged above;
2. For punitive damages in an amount sufficient to punish Defendants and deter similar conduct in the future;
3. For an award of all reasonable attorney's fees incurred herein, pursuant to A.R.S. § 12-341(A);
4. For an award of all taxable costs involved in bringing this action pursuant to A.R.S. § 12-340;
5. In the event that Defendants, or any of them, deny the allegations contained herein, for an additional award of fees, sanctions and costs, pursuant to A.R.S. § 12-349, Rule 11 and / or A.R.S. § 12-341.01(C);
6. Pre-judgment interest on the amount of the Judgment referenced above, since the date it was entered, August 25, 2010;and
7. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this __15__ day of December, 2010.

           **FRANKLIN & ASSOCIATES**

By _____
Charles P. Franklin
Colby R. Kanouse
1920 East University Drive, Suite 102
Tempe, Arizona 85281
Attorneys for Plaintiff

## Verification

State of <u>Arizona</u>    )
                          ) ss.
County of <u>Maricopa</u> )

Robert Barbee, being first duly sworn upon his oath, deposes and says:

That he is the Plaintiff in the above entitled and numbered cause; that he has reviewed the contents of the foregoing Complaint and that the same is true of his own knowledge, except for those matters stated on information or belief, and as to those he believes them to be true.

_____
Robert Barbee

SUBSCRIBED AND SWORN to before me this <u>15th</u> day of December, 2010.

_____
NOTARY PUBLIC

My commission expires:

Notary Public State of Arizona
Pinal County
Melissa Malone
My Commission Expires 06/22/2014

8

## Verification

State of <u>Arizona</u>     )
                          ) ss.
County of <u>Maricopa</u>  )

Linda Barbee, being first duly sworn upon his oath, deposes and says:

That ~~he~~ *S* is the Plaintiff in the above entitled and numbered cause; that ~~he~~ *S* has read the foregoing Complaint and knows the contents thereof; that the same is true of ~~his~~ *her* own knowledge, except for those matters stated on information or belief, and as to those ~~he~~ *she* believes them to be true.

_____
Linda Barbee

SUBSCRIBED AND SWORN to before me this __15__ day of December, 2010.

_____
NOTARY PUBLIC

My commission expires:

*[Notary Seal: Notary Public State of Arizona, Pinal County, Melissa Malone, My Commission Expires 06/22/2014]*

9

Charles P. Franklin (State Bar Number: 011209) chuck@chuckfranklin.com
Colby R. Kanouse (State Bar Number: 024601) colby@chuckfranklin.com
FRANKLIN & ASSOCIATES, P.A.
1920 E. University Drive, Suite 102
Tempe, Arizona 85281
Telephone: (480) 551-0406
Facsimile: (480) 551-0407
Attorney for Plaintiff

COPY
DEC 1 5 2010
MICHAEL K. JEANES, CLERK
J. FOLTS
DEPUTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BOBBY BARBEE and LINDA BARBEE, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation; JOHN DOES I – X; JANE DOES I – X; BLACK CORPORATIONS I – V; WHITE PARTNERSHIPS I - V,<br><br>Defendants. | Case Number: CV2010-081742<br><br>**CERTIFICATE ON COMPULSORY ARBITRATION** |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorney's fees, and costs does exceed limits set by *Superior Court Local Rule* 3.10 for compulsory arbitration. Therefore, this case is not subject to Rule 72 of the *Arizona Rules of Civil Procedure*.

1

1

2  RESPECTFULLY SUBMITTED this 15 day of December 2010.

3  FRANKLIN & ASSOCIATES, P.A.

4

5  By /s/ Colby Kanouse
   Charles P. Franklin
   Colby Kanouse
6  11259 E. Via Linda #100-983
   Scottsdale, Arizona 85259
7  Attorney for Plaintiff

8

9  **MAIL CERTIFICATE**

10 **ORIGINAL and one COPY of the foregoing delivered this** 15 **day of December 2010, to:**

11 Clerk of the Court
   MARICOPA COUNTY SUPERIOR COURT
12 201 W. Jefferson Street
   Phoenix, Arizona 85003
13

14 **COPY of the foregoing delivered this** 15 **day of December 2010, to:**

15 Civil Court Administrator
   MARICOPA COUNTY SUPERIOR COURT
16 201 W. Jefferson Street
   Phoenix, Arizona 85003
17
   By: /s/ Colby Kanouse
18

19

20

21

22

23

24

25

26

2

| | |
|---|---|
| 1  Charles P. Franklin (State Bar Number: 011209) chuck@chuckfranklin.com<br>    Colby R. Kanouse (State Bar Number: 024601) colby@chuckfranklin.com<br>2  FRANKLIN & ASSOCIATES, P.A.<br>    1920 E. University Drive, Suite 102<br>3  Tempe, Arizona 85281<br>    Telephone: (480) 551-0406<br>4  Facsimile: (480) 551-0407<br>5  Attorney for Plaintiff | STATE OF ARIZONA<br>DEPT. OF INSURANCE<br><br>DEC 1 6 2010<br><br>TIME 11:15 AM<br>SERVICE OF PROCESS |

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| BOBBY BARBEE and LINDA BARBEE, a married couple,<br><br>    Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation; JOHN DOES 1 – X; JANE DOES 1 – X; BLACK CORPORATIONS 1 – V; WHITE PARTNERSHIPS 1 - V,<br><br>    Defendants. | Case Number:<br>CV2010-081742<br>**SUMMONS**<br><br>(Tort-Motor Vehicle)<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at<br><br>602-257-4434<br>or<br>www.lawyerfinders.org.<br><br>Sponsored by the<br>Maricopa County Bar Association |

THE STATE OF ARIZONA TO THE DEFENDANT:

Zurich American Insurance Company
C/O Statutory Agent Arizona Department of Insurance
2910 N. 44th Street, Suite 210
Phoenix, Arizona 85018

   YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona-whether by direct service, by registered certified mail, or by publication-you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicles Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officers Return. Rule 4, *Ariz.R.Civ.P.*; *A.R.S.* sections 20-222, 28-502, and 28-503.

1

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an answer of proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. Rule 10(D), *Ariz.R.Civ.P.*; *A.R.S.* section 12-311; Rule 5, *Ariz.R.Civ.P.*

SIGNED AND SEALED this _____ day of _____ 2010.

_____
CLERK                                    COPY

DEC 1 5 2010

_____
DEPUTY CLERK    MICHAEL K. JEANES, CLERK
                J. FOLTS
                DEPUTY CLERK

Method of Service:

X   Private Process Service
    Sheriff or Marshall
    Personal Service
    Registered/Certified Mail (Out of State)

2

# EXHIBIT B

# EXHIBIT B

MICHAEL K. JEANES, CLERK
RECEIVED COC #5
DOCUMENT

10 DEC 20 PM 2:34

FILED
BY S Stulz, DEP.

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

CLIENT FILE NO.
BOBBY BARBEE

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**BOBBY BARBEE AND LINDA BARBEE**
VS
**ZURICH AMERICAN INSURANCE COMPANY**

CASE NO. CV2010-081742

STATE OF ARIZONA      )        AFFIDAVIT OF SERVICE
MARICOPA COUNTY       )

THE AFFIANT, being sworn, states: That I am a private process server registered in MARICOPA COUNTY and an Officer of the Court. On 12/16/10 I received the SUMMONS; COMPLAINT; VERIFICATION; CERTIFICATE ON COMPULSORY ARBITRATION

from FRANKLIN & ASSOCIATES, PA and by CHARLES FRANKLIN in each instance I personally served a copy of each document listed above upon:
ZURICH AMERICAN INSURANCE COMPANY, A FOREIGN CORPORATION, BY SERVICE UPON THE ARIZONA DEPARTMENT OF INSURANCE on 12/16/10 at 11:15 am at 2910 NORTH 44TH STREET PHOENIX, AZ 85044 MARICOPA COUNTY in the manner shown below:

by leaving 2 true copy(ies) of the above documents with AMANDA BUETTNER, ADMINISTRATIVE ASSISTANT, STATED AUTHORIZED TO ACCEPT. TENDERED FEES IN THE AMOUNT OF $ 15.00.

Description: WHITE, Female, Approx. 30 yrs. of age, 5' 5" tall, Weighing 160lbs., BROWN Hair,

DON A. FOUTZ, ACPS                    Affiant
Sworn to before me the Dec 17, 2010

JoAnn Romo                             Notary

My Commission expires: 04/27/2014

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 32.00 |
| MILES  9 | $ | 21.60 |
| SERVICE CHARGE | $ | 6.50 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 70.10 |

2022261 16964 20
ORIGINAL

AX022022261



OFFICIAL SEAL
JOANN ROMO
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 27, 2014